# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04-CR-178-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| CHRISTOPHER PETTIS, | ) |
|                 Defendant, | ) |
| and | ) |
| | ) |
| JABIL INC., | ) |
|                 Garnishee. | ) |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on Plaintiff's Motion for Order of Continuing Garnishment (Doc. No. 29) and the Answer of Jabil Inc., as Garnishee. (Doc. No. 28). Judgment in the underlying criminal case was filed in 2006 (Doc. No. 14). As part of that Judgment, Defendant was ordered to pay an assessment of $200.00 and restitution of $63,953.00 to the victims of the crime. Id.

On March 24, 2023, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 22) to Garnishee, Jabil Inc. On April 7, 2023, Defendant was served by certified mail with the Writ and Instructions notifying him of his right to request a hearing. Defendant filed a Request for Hearing on April 12, 2023 (Doc. No. 25). The Court denied Defendant's Request for Hearing on April 18, 2023 (Doc. No. 26).

Garnishee also was served with the Writ and Instructions on April 1, 2023, and filed an Answer on April 24, 2023 (Doc. No. 28). Garnishee indicated in its Answer that, at the time of

the service of the Writ, Garnishee had in its custody, control or possession property or funds owned by Defendant, including non-exempt, disposable earnings. Id.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $59,974.51 computed through March 23, 2023. Garnishee shall pay the United States up to the lesser of: (1) twenty-five percent of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or (2) the amount by which Defendant's disposable earnings for each week exceed 30 times the federal minimum wage. *See* 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> Western District of North Carolina
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number 3:04-CR-178.

IT IS FURTHER ORDERED that Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**SO ORDERED**.

Signed: May 30, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge